**Robert Lorenzo COFFEY, Petitioner–Appellant,**

v.

**Raymond SMITH, Respondent– Appellee.**

No. 02–6901.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 24, 2002.

Decided Oct. 10, 2002.

Robert Lorenzo Coffey, Appellant Pro Se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert Lorenzo Coffey seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Coffey has not made a substantial showing of the denial of a constitutional right. *See Coffey v. Smith,* No. CA–01–677 (W.D.N.C.

May 16, 2002). Although Coffey contends that his motion to voluntarily dismiss, filed on February 24, 2000, is still pending before the state court, the issue raised in that motion was fully considered and disposed of by the court in its order denying the motion to vacate on June 27, 2000. Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*